IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL INTERACTIVE MEDIA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20-CV-08877-PGG |
| ) | |
| DIGITALLY IMPORTED, INC., ) | |
| ) | |
| Defendant. ) | |

**SECOND STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Defendant Digitally Imported, Inc. may move, answer, or otherwise respond to the Complaint is hereby extended up to and including February 15, 2021.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant Digitally Imported, Inc. expressly reserves, any and all defenses.

This is the second request for extension of time in connection with this matter and is premised on the fact that the parties are engaged in settlement discussions.

BUTZEL LONG, PC

_____
Joshua E. Abraham (#JA1818)
477 Madison Avenue
Suite 1230
New York, Ny 10022
(212) 374-5370
abraham@butzel.com
   *Attorneys for Plaintiff Global
   Interactive Media, Inc.*

KUTAK ROCK, LLP

_____
Peter N. Kessler (#4256988)
1760 Market Street
Suite 1100
Philadelphia, Pa 19103
(215) 299-4384
peter.kessler@kutakrock.com
   *Attorneys for Defendant Digitally
   Imported, Inc.*

January 15, 2021

SO ORDERED this ___ day of _____, 2021.

_____
Hon. Paul G. Gardephe
United States District Judge