# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Joshua E. Abraham
212 374 5370
abraham@butzel.com

Suite 1230   477 Madison Avenue
New York, New York  10022
**T:** 212 818 1110  **F:** 212 898 0123
**butzel.com**

February 4, 2021

Honorable Paul G. Gardephe
United States District Court
 Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Phone: (212) 805-0224

> MEMO ENDORSED:
> The application is granted. The conference scheduled for February 11, 2021 is adjourned to **March 11, 2021 at 9:45 a.m.**
>
> SO ORDERED.
>
> _____
> Paul G. Gardephe
> United States District Judge
>  Dated: February 5, 2021

Re:   *Global Interactive Media, Inc. v. Digitally Imported, Inc.*
      Case No. 1:20-cv-08877-PGG

Dear Judge Gardephe:

I represent plaintiff Global Interactive Media, Inc. in the above-referenced action.  I write jointly with counsel for defendant Digitally Imported, Inc. to respectfully request that the Initial Pretrial Conference scheduled for February 11, 2021, at 11 a.m. be adjourned for 30 days.  The parties are currently engaged in settlement discussions and would prefer to focus on a potential resolution of this matter during this time. This is the parties' first request for an adjournment of the Initial Pretrial Conference.

Very truly yours,

Joshua E. Abraham
*Counsel for Global Interactive Media, Inc.*

Cc:    All Counsel of Record (via ECF)