UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL INTERACTIVE MEDIA, INC.,

                    Plaintiff,

       - against -

DIGITALLY IMPORTED, INC.,

                    Defendant.

**ORDER**

20 Civ. 8877 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Given Defendant's intention to file a motion for judgment on the pleadings, the conference scheduled for March 11, 2021, is adjourned <u>sine</u> <u>die</u>.  Any pre-motion letter regarding a motion for judgment on the pleadings will be filed by March 19, 2021.  Plaintiff will respond by March 26, 2021.

Dated: New York, New York
          March 10, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

_____
Paul G. Gardephe
United States District Judge